PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 28 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

AUDREY MARIE GRAVES

Crim. No. 2:14cr25KS-MTP-001

On 10/27/2014 the above named was placed on probation/supervised release for a period of 60 months. On 03/03/2016, her term of supervised release was reduced by 20% after successful completion of Re-entry Program, making her new term of probation 48 months.

The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Kerrie Barron
2018.03.28 12:51:55
-05'00'

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of March, 2018.

_____
United States District Judge